1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   SOUTHERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              )   Case No.  12-CR-2975-L
                                           )
10                 Plaintiff,              )
                                           )   ORDER AND JUDGMENT
11                                         )   GRANTING MOTION TO
    vs.                                    )   DISMISS
12                                         )
    VICTOR IVAN TIRADO MARTINEZ (1)        )
13  RANDY ALCALA (2)                       )
    EDERMAN EFRAN ARMENTA SANDOVAL (3) )
14  FELICIANO FRANCISCO                    )
    VASQUEZ BEDOLLA (4)                    )
15  JORGE ALBERTO ALVAREZ JIMENEZ (5),     )
                                           )
16                 Defendants.             )
    _____)

17
         Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,
18
         IT IS HEREBY ORDERED that the Indictment in Case No. 12CR2975-L against
19
    defendants Victor Ivan Tirado Martinez, Randy Alcala, Ederman Efren Armenta Sandoval,
20
    Feliciano Francisco Vasquez Bedolla, and Jorge Alberto Alvarez Jimenez, be dismissed
21
    WITHOUT PREJUDICE.
22
         IT IS SO ORDERED.
23
    DATED: September 19, 2012
24
                                           _____
25                                         M. James Lorenz
                                           United States District Court Judge
26

27

28